IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
ROCK CLUM,                           )
                                     )   2:07-cv-02642-GEB-DAD
              Plaintiff,             )
                                     )   ORDER RE: SETTLEMENT
         v.                          )   AND DISPOSITION
                                     )
YELLOW BOOK USA, INC., a Delaware    )
Corporation;  TRANSWESTERN           )
PUBLISHING COMPANY, LLC, a           )
Delaware limited liability Company,  )
                                     )
              Defendants.            )
_____)
```

On July 15, 2009, the parties filed a letter in which they state they settled this case and "all currently noticed hearing dates, including the Final Pretrial Conference set for Monday, July 20, 2009, be taken off calendar to give the parties sufficient time for the settlement;" and, they "anticipate filing a request for dismissal within the next 10 court days." Therefore, dispositional documents shall be filed no later than July 29, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

1

1  Further, the final pretrial conference scheduled for July
2  20, 2009, is rescheduled to commence at 2:30 p.m. on August 31, 2009,
3  in the event that the above referenced dispositional document is not
4  filed, or this action is not otherwise dismissed.  Further, a joint
5  pretrial statement shall be filed seven days prior to the final
6  pretrial conference.[1]
7  IT IS SO ORDERED.
8  Dated:  July 16, 2009

                                  GARLAND E. BURRELL, JR.
                                  United States District Judge

---

[1] The final pretrial conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket.  Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2